JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Malkit Singh,<br><br>Petitioner,<br><br>v.<br><br>Warden, Adelanto ICE Processing Center et al,<br><br>Respondents. | Case No. 5:26-cv-05461-AYP<br><br>JUDGMENT |

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: October 14, 2026

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE